Sylvia **SANTOS**, Plaintiff—Appellant,

v.

**CALIFORNIA STUDENT AID COMMISSION; et al., Defendants— Appellees.**

No. 07–56021.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Sylvia Santos, Chula Vista, CA, pro se.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Sylvia Santos appeals pro se from the district court's order denying her motion for a default judgment in her action alleging that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* We lack jurisdiction to consider this appeal because the denial of a motion for a default judgment is not a final appealable order. *See Bird v. Reese*, 875 F.2d 256, 256 (9th Cir.1989) (order). Moreover, the district court's order denying Santos's motion and directing the Clerk to close the case is not final within

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2). Accordingly, Santos's request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the meaning of 28 U.S.C. § 1291 because the issues set forth in the complaint have not been fully adjudicated. *See Patel v. Del Taco, Inc.*, 446 F.3d 996, 1000 (9th Cir.2006) (explaining that a decision is final within the meaning of § 1291 only if it is a full adjudication of the issues).

**DISMISSED.**